Because Brown did not raise the argument in the Court of Appeals for Veterans

Claims concerning the characterization of his August letter as a request for assistance, we decline to consider this argument in the first instance in this appeal. Brown's remaining argument challenges the application of the law of equitable tolling to the particular facts of this case, a question that is clearly beyond the purview of our jurisdictional authority. Accordingly, the court's decision is affirmed.

**SMITHKLINE BEECHAM CONSUMER HEALTHCARE, L.P., Plaintiff–Appellant,**

v.

**COLGATE–PALMOLIVE COMPANY, Defendant–Appellee.**

No. 00–1425.

United States Court of Appeals, Federal Circuit.

April 5, 2001.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).